IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW TAKACS and RYAN FLYNN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A.G. EDWARDS & SONS, INC.<br><br>Defendants.<br>_____ | CASE NO. 04 CV 1852 JAH(NLS)<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. John A. Houston |

The Court has before it the unopposed motion by plaintiffs Drew Takacs and Ryan Flynn, and Caitlin Manoogian (the "Settling Plaintiffs") for preliminary approval of a proposed class action settlement with defendant A.G. Edwards & Sons, Inc. ("AGE"). The Court hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the settlement memorialized in the Stipulation of Class Action Settlement ("Stipulation"), filed with the Court, falls within the range of reasonableness and therefore meets the requirements for preliminary approval.

2. The Court conditionally certifies for settlement purposes only the following class ("Settlement Class"): "All persons who were employed by AGE as Financial Consultants in the State of California at any time between June 30, 2000 and May 31, 2007 (the Class Period)."

3. The Court finds, for settlement purposes only, that the Settlement Class meets the requirements for certification under Fed.R.Civ.P. 23(a) and 23(b)(3) in that: (1) the Settlement Class, which consists of over 1,280 members, is so numerous that joinder is impracticable; (2) there are questions of law and fact that are in common to all Settlement Class members, which common questions predominate over individual issues; (3) the Settling Plaintiffs' claims are typical of those of the Settlement Class members; (4) the Settling Plaintiffs and their counsel will fairly and adequately protect the interests of the Settlement Class; and (5) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

4. The Court appoints, for settlement purposes only, plaintiffs Drew Takacs and Ryan Flynn, and Caitlin Manoogian as Class Representatives.

5. The Court appoints, for settlement purposes only, the law firms of Dostart Clapp Gordon & Coveney, LLP and McInerney & Jones as Class Counsel for the Settlement Class.

6. The Court appoints Rust Consulting, Inc. as the Claims Administrator.

7. The parties are ordered to carry out the settlement according to the terms of the Stipulation.

8. The Final Approval Hearing is set for **November 5, 2007**, at **2:30 p.m.**

IT IS SO ORDERED.

DATED: June 21, 2007

HON. JOHN A. HOUSTON
United States District Judge