1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW TAKACS and RYAN FLYNN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>A.G. EDWARDS & SONS, INC.<br><br>    Defendants.<br>_____ | CASE NO. 04 CV 1852 JAH(NLS)<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     November 5, 2007<br>Time:    2:30 p.m.<br>Ctrm:    11<br><br>Hon. John A. Houston |

On November 5, 2007, the Court heard plaintiffs' unopposed motion for final approval of the class action settlement ("Settlement") in the above-captioned action. After reviewing plaintiffs' briefs, and after hearing arguments of counsel, the Court finds and orders as follows:

1. For the purposes of this Order, the Court adopts all defined terms as set forth in the Joint Stipulation and Settlement Agreement ("Stipulation"), previously filed with this Court on May 25, 2007, Docket No. 210.

2. This Court has jurisdiction over the subject matter of this litigation and over all parties and Class Members in this litigation.

3. The Court finds that the distribution of the Notice of Class Action Settlement as provided in the Stipulation constituted the best notice practicable under the circumstances and fully met the requirements of due process.

4. The Court finds that no Class Members have objected to the Settlement. Only 5 Class Members, representing less than 0.004% of the Class, have requested exclusion from the Settlement. Approximately 82.5% of the Class Members have filed claims, and these Class Members worked approximately 92.3% of the total months worked by all Class Members during the Class Period. Accordingly, the Court finds that the Class views the Settlement favorably.

5. The Court finds that the Settlement was the product of protracted, arm's-length negotiations between experienced counsel, facilitated by two respected mediators. After considering the defendant's exposure, the plaintiffs' likelihood of success on their claims, the risk, expense, complexity, and delay associated with further litigation, the risk of maintaining class certification through trial, the experience and views of Class Counsel, and the reaction of the Class to the Settlement, as well as other relevant factors, the Court finds that the Settlement is fair, reasonable, and in the best interests of the Class and hereby grants final approval of the Settlement. Plaintiffs and defendant are ordered to carry out the Settlement as provided in the Stipulation.

IT IS SO ORDERED.

DATED: November 5, 2007

HON. JOHN A. HOUSTON
United States District Judge