IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW TAKACS and RYAN FLYNN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>A.G. EDWARDS & SONS, INC.<br><br>    Defendants. | CASE NO. 04 CV 1852 JAH(NLS)<br><br>**ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEY'S FEES, COSTS, AND ENHANCEMENTS TO NAMED PLAINTIFFS**<br><br>Date:    November 5, 2007<br>Time:    2:30 p.m.<br>Ctrm:    11<br><br>Hon. John A. Houston |

1   On November 5, 2007, the Court heard (1) plaintiffs' unopposed motion for final approval of the class action settlement ("Settlement"), and (2) Class Counsel's unopposed motion for an award of attorney's fees, litigation expenses, and enhancements to the named plaintiffs. Having granted final approval to the class action settlement, with respect to the unopposed motion for an award of attorney's fees, litigation expenses, and enhancements to the named plaintiffs, after reviewing Class Counsel's briefs, and after hearing arguments of counsel, the Court finds and orders as follows:

1. For the purposes of this Order, the Court adopts all defined terms as set forth in the Stipulation of Class Action Settlement ("Stipulation"), previously filed with this Court on May 25, 2007, Docket No. 210.

2. This Court has jurisdiction over the subject matter of this litigation and over all parties and Class Members in this litigation.

3. Class Counsel have jointly moved for an award of attorney's fees equal to $6,000,000, or 28.17% of the $21.3 million overall recovery for the Class, which recovery consists of the $20,000,000 fund established by the instant settlement, and $1.3 million paid by defendant to members of the Class in December 2004, which payments the Court finds were made as a direct consequence of the June 2004 filing of this lawsuit. Class Counsel also have moved jointly for an award of $93,914.51 in litigation expenses. The Court finds that Class Counsel have skillfully advanced novel and untested legal theories on a contingent-fee basis over more than three years, and their efforts resulted in a substantial payment to the Class. No Class Member has objected to Class Counsel's request. The Court also finds that certain factors warrant an upward departure from the Ninth Circuit's 25% benchmark fee, as requested by Class Counsel. These factors include: (a) the experience of Class Counsel in wage and hour class action cases; (b) the outstanding result Class Counsel achieved in securing the overall recovery for the Class; (c) the extremely high participation rate by the Class in the settlement, and the correspondingly nominal number of opt-outs; (d) the nature of the novel and untested legal theories advanced by Class Counsel to a successful conclusion; (e) the risks undertaken by Class Counsel by taking this case and its novel and untested legal theories on a contingency-fee basis; (f) the substantial amount and high quality of the work performed by Class Counsel in this matter, including extensive law and motion and formal and informal discovery and investigation; and (g) the complete absence of any

objection to the requested attorney's fees by the members of the Class. The Court finds further that Class Counsel's expenses were reasonably incurred in prosecuting this case on behalf of the Class. Accordingly, the Court grants Class Counsel's request for attorney's fees and litigation expenses in its entirety.

4. Plaintiffs have also moved for an award of enhancement payments of $25,000 to each of the named plaintiffs and Class Representatives, Drew Takacs, Ryan Flynn, and Caitlin Manoogian, to be paid from the settlement fund. The Court finds that these enhancement payments are reasonable in light of the services the named plaintiffs performed on behalf of the Class and the risks they undertook in bringing the lawsuit. No Class Member has objected to the proposed enhancement payments. Accordingly, the Court grants plaintiffs' request in its entirety.

IT IS SO ORDERED.

DATED: November 5, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge