IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW TAKACS and RYAN FLYNN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>A.G. EDWARDS & SONS, INC.<br><br>　　　　　　Defendants. | CASE NO. 04 CV 1852 JAH(NLS)<br><br>**JUDGMENT**<br><br>Date:　November 5, 2007<br>Time:　2:30 p.m.<br>Ctrm:　11<br><br>Hon. John A. Houston |

On November 5, 2007, the Court heard "Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement" and "Plaintiffs' Motion for Award of Attorney's Fees, Litigation Costs, and Class Representative Enhancement Awards."

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Pursuant to Fed. R. Civ. P. 58, judgment is entered on the terms set forth in the "Order Granting Final Approval of Class Action Settlement" and the "Order Granting Motion for an Award of Attorney's Fees, Costs, and Enhancements to Named Plaintiffs."

DATED: November 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Houston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge